United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAIME GARCIA, *et al*, | § |
| Plaintiffs, | § § § |
| VS. | §  CIVIL NO. 2:18-CV-29 |
| | § |
| LONE STAR WRECKER SERVICE, LLC, *et al*, | § § § |
| Defendants. | § § |

# ORDER

The Court is in receipt of the parties' Joint Motion to Seal Settlement Agreement, Dkt. No. 21; the Sealed Settlement, Dkt. No. 22; and Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, Dkt. No. 24.

After review, the Court **ORDERS** Plaintiff to submit a separate motion for attorney's fees and costs, pursuant to Federal Rule of Civil Procedure 54(d), with supporting evidence, demonstrating the reasonableness of the fees and cost, by **August 2, 2019**. All other deadlines and settings, including the Final Pretrial Conference, are **VACATED**.

SIGNED this 16th day of July, 2019.

_____
Hilda Tagle
Senior United States District Judge